UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JARNARD M. WILLIAMS, )
 )
    Petitioner, )
 )
v. ) Case No. CV415-292
 )
WARDEN STANLEY WILLIAMS, )
 )
    Respondent. )

## ORDER

Before the Court is 28 U.S.C. § 2254 petitioner Jarnard Williams' motion to expand the record pursuant to Rule 7 of the Rules Governing Section 2254 Cases. Doc. 4. That motion (doc. 4) is **GRANTED**, but the evidence Williams submits does nothing to alter the undersigned's recommendation that the district judge deny his petition as untimely. *See* doc. 2. Williams is reminded that he must submit any objections to that recommendation no later than December 11, 2015.

**SO ORDERED**, this  20th  day of November, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA