FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAR 28 PM 2: 15

CLERK
SO. DIST OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JARNARD M. WILLIAMS, )
)
    Petitioner, )
)
v. ) Case No. CV415-292
)
WARDEN STANLEY WILLIAMS, )
)
    Respondent. )

## ORDER

Unaware of "this Court's unlimited reply brief policy," *Linthicum v. Mendakota Ins. Co.*, 2015 WL 4567106 at * 4 (S.D. Ga. July 28, 2015),[1] Petitioner Jarnard Williams moves for leave to reply to Stanley Williams' response to his 28 U.S.C. § 2254 petition. Doc. 17. Given that policy, the motion (doc. 17) is **GRANTED**. Jarnard Williams has 14 days from the date this Order is served to place his reply in his prison's mail system.

---

[1] *See also* S.D.Ga.L.R. 7.6 (authorizing reply briefs but imposing notice requirements and time limits); *Waddy v. Globus Med., Inc.*, 2008 WL 3861994 (S.D. Ga. Aug 18, 2008) (the "parties may file as many reply briefs as they like under Local Rule 7.5.") (citing *Podger v. Gulfstream Aerospace Corp.*, 212 F.R.D. 609, 609 (S.D. Ga. 2003)); *Brown v. Chertoff*, 2008 WL 5190638 at * 1 (S.D. Ga. Dec.10, 2008) (reminding that "[o]nce the initial round of briefs have been filed, subsequent replies run the risk of *sudden death.*' That is, the Court is free to issue its decision at any time.").

**SO ORDERED**, this 28TH day of March, 2016.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA